# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Minnetonka Public Schools, Independent School District No. 276, | **COURT MINUTES** |
| Plaintiff(s) | **BEFORE: Donovan W. Frank** |
| | **United States District Judge** |
| v. | Case Number: CV 20-1036 DWF/KMM |
| | Date: December 4, 2020 |
| | Court Reporter: Lynne Krenz |
| M.L.K. by and through his Parents, S.K. and D.K., | Courthouse: St. Paul |
| | Courtroom: via VIDEO |
| Defendant(s). | Time Commenced: 9:09 AM |
| | Time Concluded: 10:46 AM |
| | Sealed Time in Court: |
| | Time in Court: 1 Hour & 37 Minutes |

**APPEARANCES:**

    Plaintiff:  Laura Tubbs Booth & Christian R Shafer
    Defendant:  Amy J Goetz

**PROCEEDINGS:**

Hearing on:  MOTION for Judgment as a Matter of Law filed by Minnetonka Public Schools, Independent School District No. 276. (Booth, Laura) [Doc. No. 16].  MOTION for Summary Judgment on the Record filed by M.L.K. (Goetz, Amy) [Doc. No. 21].

**IT IS ORDERED:**

    ☒ **Submitted**
    ☒ Written order forthcoming.
    .

  s/L. Sampson
Courtroom Deputy
