# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Minnetonka Public Schools, Independent School District No. 276, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1036 DWF/KMM |
| M.L.K., | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The District's Motion for Judgment on the Administrative Record (Doc. No. [16]) is **GRANTED IN PART** and **DENIED IN PART** as explained herein.

2. Parents' Motion for Judgment on the Administrative Record (Doc. No. [21]) is **GRANTED IN PART** and **DENIED IN PART** as explained herein.

3. The ALJ's Decision is hereby **REVERSED** with respect to the ruling on the statute of limitations, Parents' claims for actions before August 8, 2017 are dismissed as untimely, and the Decision with respect to the remaining timely-filed claims under the IDEA is **AFFIRMED**.

4.      The parties are to meet and confer to stipulate as to whether or not fees listed in Appendix A (Doc. No. [1-2]) are properly reimbursed in light of the Court's decision on the statute of limitations or inform the Court if an agreement cannot be reached.

Date: 3/2/2021                                                                                          KATE M. FOGARTY, CLERK